DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Lawrence<br><br>Case Below:<br>170 N.C. App. 260 | No. 293A05 | 1. AG's Motion for Temporary Stay (COA03-1038)<br><br>2. AG's Petition for Writ of Supersedeas | 1. Allowed **06/02/05**<br><br>2. Allowed **06/02/05** |
| State v. Leach<br><br>Case Below:<br>166 N.C. App. 711 | No. 613A04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1308)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed 05/04/05 |
| State v. Lowry<br><br>Case Below:<br>166 N.C. App. 518 | No. 039P05 | Def's PWC to Review Decision of the COA (COA03-1141) | Denied 06/30/05 |
| State v. Marcus<br><br>Case Below:<br>168 N.C. App. 730 | No. 177P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-771) | Denied 06/30/05 |
| State v. Matthews<br><br>Case Below:<br>166 N.C. App. 281 | No. 538P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1354) | Denied 05/04/05 |
| State v. McCollum<br><br>Case Below:<br>162 N.C. App. 182 | No. 039P04-2 | Def's PWC to Review Decision of COA (COA03-63) | Denied 05/04/05 |
| State v. McMillian<br><br>Case Below:<br>168 N.C. App. —<br>(15 March 2005) | No. 205P05 | Def's PDR Under N.C.G.S. § 7A-31 or, Alternately, PWC (COA04-375) | Denied 06/30/05 |
| State v. Nettles<br><br>Case Below:<br>170 N.C. App. 100 | No. 287P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-583) | Denied 06/30/05 |
| State v. Parrish<br><br>Case Below:<br>166 N.C. App. 518 | No. 572P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1638) | Denied 05/04/05 |
| State v. Paul<br><br>Case Below:<br>166 N.C. App. 282 | No. 531P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1178) | Denied 05/04/05 |
| State v. Pearcy<br><br>Case Below:<br>170 N.C. App. 198 | No. 284P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-880) | Denied 06/30/05 |